SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-6490 PA (SSx) | Date | December 9, 2010 |
|---|---|---|---|
| Title | Andres Morales, et al. v. Terra Universal, Inc., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS

    Plaintiffs Andres Morales, Juan Miguel Real, Hugo Alcantar Fernandez, and Osfel Andrade ("Plaintiffs") filed this putative class action on behalf of themselves and a class of all former and current hourly employees of defendant Terra Universal, Inc. and its owner defendant George Sadaghiani (collectively "Defendants") on August 31, 2010.  Plaintiff served the Complaint on Defendants on September 3, 2010.  Plaintiff alleges various causes of action against Defendants, including a claim under the Fair Labor Standards Act, 29 U.S.C. § 201 ("FLSA") and several claims under the California Labor Code and California Business and Professions Code.

    Local Rule 23-3 provides that "[w]ithin 90 days after service of a pleading purporting to commence a class action other than an action subject to the Private Securities Litigation Reform Act of 1995 . . . the proponent of the class shall file a motion for certification that the action is maintainable as a class action, unless otherwise ordered by the Court."  Plaintiffs have filed a motion for class certification of their claims under the California Labor Code and California Business and Professions Code.  However, in the parties' Joint Rule 26(f) Report Plaintiffs indicate that they also intend to seek class certification of their FLSA claim in the future.

    Any motion for class certification should have been filed no later than December 3, 2010.  As of this date, Plaintiffs have not filed a motion for class certification of the FLSA claim despite the fact that the original Complaint was served and has been pending in the Central District for more than 90 days.  Nor did Plaintiffs seek leave of the Court for an extension of time to file a motion for class certification of the FLSA claim prior to the expiration of the time within which to timely file such a motion.  Accordingly, the Court, on its own motion, orders Plaintiffs to show cause in writing why the class action allegations on the FLSA claim should not be stricken for failure to timely file a motion for class certification.

**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-6490 PA (SSx) | Date | December 9, 2010 |
|---|---|---|---|
| Title | Andres Morales, et al. v. Terra Universal, Inc., et al. | | |

    Plaintiffs' response to the order to show cause shall be filed by December 20, 2010. Defendants' response shall be filed by December 30, 2010. Neither party's response shall exceed 15 pages. The Scheduling Conference is continued from December 13, 2010 to January 3, 2011 at 1:30 p.m.

    IT IS SO ORDERED.

_____ : _____<br>Initials of Preparer